IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 13-474-SLR-SRF |
| | ) | |
| v. | ) | |
| | ) | |
| RICOH AMERICAS CORPORATION and RICOH ELECTRONICS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS RICOH AMERICAS CORPORATION AND RICOH ELECTRONICS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS OF UNPATENTABILITY UNDER 35 U.S.C. § 101 OF U.S. PATENT NO. 6,130,761**

Pursuant to Federal Rule of Civil Procedure 12(c), defendants Ricoh Americas Corporation and Ricoh Electronics, Inc. (collectively "Defendants") hereby move the Court for judgment on the pleadings that U.S. Patent No. 6,130,761 ("the '761 Patent") is not patent eligible under 35 U.S.C. § 101. The grounds for this Motion are set forth in the accompanying Opening Brief filed contemporaneously herewith.

{01032424;v1 }

*Of Counsel:*

Steven J. Routh
Sten A. Jensen
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street N.W.
Washington, DC 20005
(202) 339-8400

David E. Case
ORRICK, HERRINGTON & SUTCLIFFE LLP
Izumi Garden Tower, 28th Floor
6-1 Roppongi 1-Chome
Minato-ku, Tokyo, 106-6028
Japan
81-3-3224-2900

William H. Wright
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
(213) 629-2020

Dated: August 4, 2015

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

John G. Day (#2403)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Ricoh Americas Corporation and Ricoh Electronics, Inc.*