IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 13-474-SLR-SRF |
| ) | |
| v. ) | |
| ) | |
| RICOH AMERICAS CORPORATION and ) | |
| RICOH ELECTRONICS, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Maia Cave to represent the defendants in this matter. Pursuant to this Court's Standing Order effective March 25, 2014, the fee for the above listed attorney will be submitted upon the filing of this motion.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

John G. Day (#2403)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Ricoh Americas Corporation and Ricoh Electronics, Inc.*

Dated:  July 18, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 13-474-SLR-SRF |
| | ) | |
| v. | ) | |
| | ) | |
| RICOH AMERICAS CORPORATION and RICOH ELECTRONICS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This \_\_\_\_ day of _____, 2016, the Court having considered the motion for the admission *pro hac vice* of Maia Cave to represent the defendants; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Maia Cave*
_____
Maia Cave
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
1152 15th Street N.W.
Washington, DC 20005
(202) 339-8400
mcave@orrick.com

Dated: July 18, 2016

{01131029;v1 }